**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 49 EAL 2020

         Respondent            :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

         v.                     :

                                     :

TRACEY THOMAS,                 :

                                     :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.